**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **Marco Antonio Llanos-Meija,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | No.  11-cv-07310 |
| v. | ) | |
| | ) | |
| **Berns Auto Sales, Inc.,** *et. al.* | ) | |
| | ) | **JURY DEMANDED** |
| **Defendants.** | ) | |

## MOTION FOR PROVE-UP AND TO ENTER JUDGMENT

NOW COMES Plaintiff, by and through his attorneys, ROBERT J. SEMRAD & ASSOCIATES, L.L.C., and in moving this Honorable Court to enter judgment against Defendants, Dana Brown and ADDB Towing & Recovery Service, LLC, states as follows:

1. Plaintiff filed a Complaint at Law alleging various state and federal statutory violations against three defendants, stemming from a repossession incident.

2. This Honorable Court granted Plaintiff's motion for default against two of the three Defendants, Dana Brown and ADDB Towing & Recovery Service, LLC, on January 30, 2013.

3. To date, Defendants, Dana Brown and ADDB Towing & Recovery Service, LLC, have not appeared.

4. Plaintiff seeks to have a judgment entered against Defendants, Dana Brown and ADDB Towing & Recovery Service, LLC, jointly and severally, in the amount of $30,344.02.

5. Support for this amount is attached.

WHEREFORE Plaintiff respectfully request this Honorable Court enter judgment against Defendants, Dana Brown and ADDB Towing & Recovery Service, LLC, jointly and severally, in the amount of $30,344.02

Respectfully submitted,

  /s/   Christian D. Elenbaas
Christian D. Elenbaas
ARDC 6291530

ROBERT J. SEMRAD & ASSOCIATES, L.L.C.
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625